Plaintiff's Name: Marcus Hudson
Inmate No. T-50133
Address: High Desert State Prison
P.O. Box 3030
Susanville, Ca. 96127

**FILED**

NOV 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Marcus L. Hudson
(Name of Plaintiff)

2:11cv3052 GGH (PC)
(Case Number)

vs.

COMPLAINT

C.O. S. Rigney
LVN K. Adam
Individual And Official
Capacities

Civil Rights Act, 42 U.S.C. § 1983

(Names of all Defendants)

1. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

   A. Have you brought any other lawsuits while a prisoner? Yes ✓ No __

   B. If your answer to A is yes, how many? 2
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

      1. Parties to this previous lawsuit:

      Plaintiff Marcus L. Hudson

      Defendants M.D. Andrew Nangalama Chief Physician Surgeon
      Jasdeep Bal, M.D. Chief Medical Officer

      2. Court (if Federal Court, give name of District; if State Court, give name of County)

      3. Docket Number 2:09-CV-02328  4. Assigned Judge Magistrate Judge Kimberly J. Mueller

      5. Disposition. (For example: Was the case dismissed? Was it appealed? Is it still pending?)
         Still pending

      6. Filing date (approx.) Aug 21, 2009   7. Disposition date (approx.) _____

1

II. **Exhaustion of Administrative Remedies**

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes ✓ No ___

    B. Have you filed an appeal or grievance concerning <u>ALL</u> of the facts contained in this complaint?

    Yes ✓ No ___

    If your answer is no, explain why not _____

    C. Is the process completed?

    Yes ✓    If your answer is yes, briefly explain what happened at each level.

    No ___    If your answer is no, explain why not.

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process <u>before</u> filing suit, regardless of the relief offered by the process. <u>Booth v. Churner</u>, 532 U.S. 731, 741 (2001); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you <u>must</u> exhaust the process before filing suit.** <u>Booth</u>, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant L.V.N. K. Adam Vocational is employed as Prison L.V.N. Nurse at CSPSAC P.O. Box 290066 Represa, Ca 95671

B.  Additional defendants _____

IV.  **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On the date of 9/12/10 during the hours of 5:30 p.m. and 6:00 p.m. the L.V.N.K. Adam was passing out the evening Meds Out when she and C.O. S. Bigney got to my Cell #122 in Bldg #7 I was using the toilet when L.V.N. K. Adam came to the door to pass out pills I take daily. L.V.N. K. Adam pass me a tube with the Methadone in it with water After I had taken it, I passed the tube back to her while C.O.S. Bigney observed it. When L.V.N. K. Adam received the tube back to her she told C.O.S. Bigney that this isn't the tube she gave me because the one she gave me had black dots on it. And then I was told by C.O.S. Bigney to step out the Cell were I was search as well as the Cell. As I was told to go And stand by the lower step that leads down to the lower dayroom I spoke to L.V.N. K. Adam and C.O.S. Bigney telling them that I was going to write them up for harassment. C.O.S. Bigney started walking toward and saying to me to turn around and cuff up.

Attach Sheet

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff seek Injunctive relief as well as Compensatory damage against Defendant Correctional Officer S. Bigney in the Sum of $100,000 dollar and Punitive damage against Defendant Correctional Officer in the Sum of $50,000 dollar Mental and Emotional Distress And reckless and Careless disregard for inmate inmate's safety. Plaintiff seek Compensatory damage against Defendant L.V.N. K. Adam for the Sum of $50,000 dollar and Punitive damages against Defendant L.V.N. K. Adam In the Sum $50,000 dollar And Mental And Emotional Distress

I declare under penalty of perjury that the foregoing is true and correct.

Date 11/13/11            Signature of Plaintiff  Marcus S. Hudson

(revised 6/01/04)

I then told him that I've a Cane which I had with me when I came out my cell. And I then told him that I've a waist Chain Chrono. C.O.S. Bigney replied with I don't care what you got. And then C.O.S. Bigney walked closer to me and pulled out his handcuff and put them around his fist as if he was going to use them to hit me. He then pulled out his pepper spray and Sprayed me in my face in my eyes And next I couldn't see because my eyes and face was burning and I was in tremendous pain and I was then tackle to the floor and he then start kneeing me in my back and the way I was tackle to the floor I fell on my side and I landed on my arm. And my arm was under me I couldn't move or do anything because of the weight of C.O.S. Bigney on top of me. were he repeatedly hit me in my head and knee me in my in back. After I was finally cuffed up and taken to the tank to be rinse off from being Sprayed with pepper Spray I was put in to a cage handcuffed without my Cane for 5 hours without any Medical Care or treatment while my eyes were burning and my whole left side ache From being hit and Knee in the back and tackle to the Concrete Floor and hit my head when I Fell. I repeatedly asked the L.V.N's and the L.V.N who did my 7219 for Medical Care and treatment and water to rinse my eyes out because I couldn't see but she did nothing but made a sarcastic remark saying it is to bad. Correctional Officer and L.V.N. K. Adam inflicted Cruel and Unusual punishment by unjustly Spraying inmate with pepper-based Chemical spray. Using excessive physical Force in violation of the Eighth Amendment rights Evidence of Malicious or evil intent in Correctional Officer's and L.V.N's personal Attack on inmate Hudson was a Deliberately attempt to revenge against me because I've written up L.V.N. K. Adam for Medical issues. And also C.O.S. Bigney had been written up for his racist acts toward black inmates and sanction before for his excessive Force Allegation against other inmates minority he has assaulted before.

PROOF OF SERVICE BY UNITED STATES MAIL

I, _Marcus L. Hudson_, am over the age of eighteen years, a resident and prisoner of the State of California with a present mailing address of: High Desert State Prison, P.O. Box 3030, Susanville, CA 96127-3030.

On _November 13, 2011_, I served the following document(s): _1983 Civil Complaint_

by placing the documents in a sealed envelope(s), with First Class postage having been placed thereon. Delivered the envelope(s) to a Correctional Officer who then signed & dated the back of the envelope and s/he then deposited such envelope(s) in the prisons legal mail system for processing and delivery to the United States Postal Service, for delivery to the addressee(s): _United States Courts Office of the Clerk, United States District Court Eastern District of California 501 1st Ste 4-200 Sacramento, California 95814-232_

I declare that there has been regular U.S. Mail pick-up by the Correctional Officers at the prison where I posted the envelopes(s) and regular communication by mail between the place of mailing and the places(s) so addressed.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct and that this declaration was executed on _November 13, 2011_, at Lassen County, in Susanville, California.

_Marcus L. Hudson_
Declarant

NOTE: Pursuant to the holdings in Houston v. Lack (1988) 487 U.S. 266,108 S.Ct. 2379,1010 L.Ed.2d 245; and, In re Jordan (1992) 4 Cal.4th 116, 13 Cal.Rptr.2d 878,840 P.2d 983, (inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the institutions internal legal mail procedures).