IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS HUDSON,**<br><br>                                     Plaintiff,<br><br>           v.<br><br>**C/O S. BIGNEY, et al. ,**<br><br>                                     Defendant. | Case No. 11-CV-3052 LKK AC<br><br>**ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER** |

Defendants have applied ex parte to extend the deadline for dispositive motions 90 days beyond the date on which the court decides the pending motion to revoke Plaintiff's in forma pauperis status. Good cause appearing, Defendants' Application is **GRANTED**. The court will re-set the deadline for dispositive motions after deciding Defendants' motion to revoke Plaintiff's in forma pauperis status.

**IT IS SO ORDERED.**

DATED: September 11, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (11-CV-3052 LKK AC)