1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**MARCUS HUDSON,**                      Case No. 11-CV-3052 LKK AC

12
                              Plaintiff,   **ORDER GRANTING APPLICATION TO**
13                                       **MODIFY SCHEDULING ORDER**

            **v.**
14

15   **C/O S. BIGNEY, et al. ,**

16                              Defendant.

17

18        Defendants have applied ex parte to extend the deadline for dispositive motions 90 days

19   beyond the date on which the court decides the pending motion to revoke Plaintiff's in forma

20   pauperis status.  Good cause appearing, Defendants' Application is **GRANTED**.  The court will

21   re-set the deadline for dispositive motions after deciding Defendants' motion to revoke Plaintiff's

22   in forma pauperis status.

23        **IT IS SO ORDERED.**

24   DATED: September 11, 2013

25                                       ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28

                                         1