UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O S. BIGNEY et al.,<br><br>    Defendants. | No. 2:11-cv-3052 LKK AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 22, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 22, 2013, are adopted in full;

    2. Defendants' unopposed motion to revoke plaintiff's in forma pauperis status, ECF No.

27, is granted on the ground that plaintiff is barred from so proceeding in this action under the "three strikes" provision of 28 U.S.C. § 1915(g);

    3. Plaintiff is directed to pay the $350 filing fee in full within thirty days of the date of this order;

    4. This case will be dismissed should plaintiff fail to pay the filing fee within the time prescribed.

DATED: January 28, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT