UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HUDSON, | No. 2:11-cv-3052 LKK AC P |
| Plaintiff, | |
| v. | ORDER |
| C/O S. BIGNEY, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

By Order filed on January 28, 2014, this court adopted the November 22, 2013 findings and recommendations of the magistrate judge, granting the defendants' unopposed motion to revoke plaintiff's in forma pauperis status on the ground that plaintiff is barred from so proceeding under the "three strikes" provision of 28 U.S.C. § 1915(g), and directing plaintiff to pay the $350 filing fee in full within thirty days. Plaintiff was cautioned that failure to pay the filing fee timely would result in the dismissal of this case. Plaintiff has failed to pay the filing fee and the time for doing so has expired.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that this case is dismissed.

2   DATED: March 24, 2014.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2