# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARCUS L. HUDSON,**

CASE NO: **2:11−CV−03052−LKK−AC**

v.

**BIGNEY, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/24/2014**

**Marianne Matherly**
Clerk of Court

ENTERED: **March 24, 2014**

by: /s/ M. Marciel
Deputy Clerk